AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Bailey, John P. | **2. Court or Organization**<br><br>Northern District of West Virginia | **3. Date of Report**<br><br>04/04/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse<br>P.O. Box 551<br>Wheeling, WV 26003 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Germain & Co., Inc. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 02/02/18 to 02/05/18 | Vancouver, Canada | Midyear meeting | Travel & some expenses |
| 2. | West Virginia Bar Foundation | 05/19/18 to 05/20/18 | Roanoke, West Virginia | Young Lawyer Leadership Conference | Lodging & meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 04/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | Credit Card | J |
| 2. American Express | Credit Card | J |
| 3. BB&T | Mortgage on Rental Property | O |
| 4. Barclay's Bank | Credit Card | J |
| 5. Citibank | Credit Card | J |
| 6. United Bank | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. - Barclays US TIPS Fund | A | Dividend | J | T | | | | | |
| 3. - MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 4. - MSCI Emerging Mkt Index Fd ETF | A | Dividend | J | T | | | | | |
| 5. - SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 6. - SPDR S&P Midcap 400 ETF | A | Dividend | J | T | | | | | |
| 7. - Russell 2000 Value Index Fd | A | Dividend | J | T | | | | | |
| 8. - SPDR S&P Dividend ETF | A | Dividend | J | T | | | | | |
| 9. - Federated US Treasury Cash Reserves 395 | A | Interest | J | T | | | | | |
| 10. Mass Mutual Life Ins. Whole Life Ins. | A | Dividend | J | T | | | | | |
| 11. Rental Property, Seabrook Island, SC | E | Rent | O | R | | | | | |
| 12. IRA #2 | | | | | | | | | |
| 13. - Dodge & Cox International Stock FD | A | Dividend | K | T | | | | | |
| 14. - Fidelity Govt MMkt Cap Reserves | A | Int./Div. | K | T | | | | | |
| 15. - Ishares Russell 2000 Value ETF | A | Dividend | J | T | | | | | |
| 16. - Ishares Edge MSCI Min Vol EAFE EFT | A | Dividend | K | T | | | | | |
| 17. - MFS Global Equity Fd Class 1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Pimco Foreign Bond Fd Hedged Inst | A | Dividend | K | T | | | | | |
| 19. - Powershares Exch Traded Fd TSTII S&P (X) | | | | | | | | | |
| 20. - Guggenheim S&P 500 Pure Growth (X) | | | | | | | | | |
| 21. - SPDR Ser Tr S&P Div. ETF | B | Dividend | L | T | | | | | |
| 22. - SPDR S&P Midcap 400 ETF Tr UTSE1 | A | Dividend | K | T | | | | | |
| 23. - Vanguard Spec. Portfolio Div | A | Dividend | K | T | | | | | |
| 24. - Vanguard Equity Inc. Admiral FD | A | Dividend | K | T | | | | | |
| 25. - Vanguard Index Fd Vanguard Small Cap | A | Dividend | K | T | | | | | |
| 26. - Wisdomtree TR Midcap Div Fd | B | Dividend | K | T | | | | | |
| 27. - Wisdomtree Small Cap Div Fd | A | Dividend | K | T | | | | | |
| 28. -Goldman Sachs CD 1.45% | A | Interest | | | Sold | 11/01/18 | L | A | |
| 29. -Oppenheimer Global Opportunities | A | Int./Div. | K | T | | | | | |
| 30. -Capital One NA | B | Interest | L | T | Buy | 11/07/18 | L | | |
| 31. -Ally Bank CD | B | Interest | K | T | Buy | 04/13/18 | K | | |
| 32. Invesco Exch S&P Low Volatility Fd | A | Dividend | K | T | | | | | |
| 33. Invesco Exch. Fd. Pur. Growth | A | Dividend | K | T | | | | | |
| 34. Enterprise Products Partners LP | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbus Ohio City School Bond | A | Interest | | | Redeemed | 12/03/18 | J | A | |
| 36. Chevron Corp New Com | A | Dividend | J | T | | | | | |
| 37. Coca Cola Co. | A | Dividend | J | T | | | | | |
| 38. e.l.f. Beauty Inc. | A | Dividend | J | T | | | | | |
| 39. Fidelity Govt MMKT Cap. Res. | A | Int./Div. | J | T | | | | | |
| 40. Germaine & Co 401(k) | A | Dividend | L | T | | | | | |
| 41. -PNC Stable Value Fd | A | Dividend | J | T | | | | | |
| 42. -Am Europacific Growth R6 | A | Dividend | J | T | | | | | |
| 43. -T Rowe Price Growth Stock | A | Dividend | J | T | | | | | |
| 44. - Vanguard 500 Index Admiral | A | Dividend | K | T | | | | | |
| 45. - Vanguard Mid Cap Index Adm | A | Dividend | J | T | | | | | |
| 46. - Vangaurd Small Cap Index Adm | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 04/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 11.  Property purchased 02/28/14.  Actual purchaseice $762,500.

Part VII, line 19.  Name changes to Invesco Exch. S&P 500 - Low Volatility Fd.  See Line 32.

Part VII, line 20.  Name changed to Invesco Exch. Fd. Pur. Growth.  See Line 33.

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 04/04/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John P. Bailey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544